# Exhibit 1

**District 1**

## Case Summary

**Case No. 2024L003363**

| | | | |
|---|---|---|---|
| **Latonya Everett -vs- Midea America Corporation,Corelle Brands Acquisition Holdings, et al,** | § § § § § § | Location: **District 1** Judicial Officer: **Calendar, Z** Filed on: **03/28/2024** Cook County Attorney Number: **56079** Cook County Attorney Number: **41737** | |

---

### Case Information

|  |  |
|---|---|
| Case Type: | Product Liabilty - Jury |
| Case Status: | **03/28/2024 Pending** |
| Case Flags: | **Case on Bankruptcy Calendar** |

---

### Assignment Information

**Current Case Assignment**
Case Number     2024L003363
Court           District 1
Date Assigned   03/28/2024
Judicial Officer Calendar, Z

---

### Party Information

*Lead Attorneys*

| | | |
|---|---|---|
| **Plaintiff** | **Everett, Latonya** | **Cesarone, Frank Vincent** *Retained* 803-447-7178(W) 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **Corelle Brands Acquisition Holdings, et al,** | **Young, Timothy James** *Retained* |
| | **Midea America Corporation** | **Young, Timothy James** *Retained* |

---

### Events and Orders of the Court

08/26/2024    Place On Bankruptcy Calendar - Allowed -    (Judicial Officer: Saltouros, Stephanie D.)
        Party:   Defendant Corelle Brands Acquisition Holdings, et al,;
                Defendant Midea America Corporation

08/26/2024    **Continued Case Management** (9:30 AM)   (Judicial Officer: Saltouros, Stephanie D.)
        Resource: Location L2204 Court Room 2204
        Resource: Location D1 Richard J Daley Center
        **MINUTES - 08/26/2024**
                Place On Bankruptcy Calendar - Allowed -    (Judicial Officer: Saltouros, Stephanie D.)
                    Party:   Defendant Corelle Brands Acquisition Holdings, et al,;
                            Defendant Midea America Corporation
        Granted;

## Case Summary

**Case No. 2024L003363**

08/22/2024
Motion Filed
*Defendants' Unopposed Motion for Suggestion of Bankruptcy and Stay*
Party: Defendant Corelle Brands Acquisition Holdings, et al,
*Defendants' Unopposed Motion for Suggestion of Bankruptcy and Stay*

08/22/2024
Exhibits Filed
*Exhibit A*
Party: Defendant Corelle Brands Acquisition Holdings, et al,
*Exhibit A*

08/22/2024
Notice Of Motion Filed
*Notice of Motion*
Party: Defendant Corelle Brands Acquisition Holdings, et al,
*Notice of Motion*

06/24/2024
Case Continued For Case Management Conference - Allowed -     (Judicial Officer: Saltouros, Stephanie D.)
*IN PERSON*
Party: Attorney Cesarone, Frank Vincent;
Attorney Young, Timothy James;
Defendant Corelle Brands Acquisition Holdings, et al,;
Defendant Midea America Corporation;
Plaintiff Everett, Latonya
*IN PERSON*

06/24/2024
**Continued Case Management**   (9:30 AM)   (Judicial Officer: Saltouros, Stephanie D.)
Resource: Location L2204 Court Room 2204
Resource: Location D1 Richard J Daley Center

05/28/2024
Case Continued For Case Management Conference - Allowed -     (Judicial Officer: Saltouros, Stephanie D.)
*IN PERSON @9:30AM*
Party: Attorney Cesarone, Frank Vincent;
Attorney Young, Timothy James;
Defendant Corelle Brands Acquisition Holdings, et al,;
Defendant Midea America Corporation;
Plaintiff Everett, Latonya
*IN PERSON @9:30AM*

05/28/2024 **First Time Case Management**   (9:45 AM)   (Judicial Officer: Saltouros, Stephanie D.)
Resource: Location L2204 Court Room 2204
Resource: Location D1 Richard J Daley Center

04/26/2024
Notice Filed
*Defendants' Notice of Bankruptcy Stay*
Party: Defendant Corelle Brands Acquisition Holdings, et al,
*Defendants' Notice of Bankruptcy Stay*

04/26/2024
Notice Filed
*Notice of Filing*
Party: Defendant Corelle Brands Acquisition Holdings, et al,
*Notice of Filing*

04/25/2024
Electronic Notice Sent
Party: Defendant Midea America Corporation
Party 2: Attorney LaClair, Jordan William

04/25/2024
Electronic Notice Sent
Party: Defendant Midea America Corporation
Party 2: Attorney Mason, Alec

District 1

## Case Summary

**Case No. 2024L003363**

04/25/2024
Electronic Notice Sent
    Party:   Defendant Midea America Corporation
    Party 2:   Attorney Young, Timothy James

04/24/2024
Electronic Notice Sent
    Party:   Defendant Corelle Brands Acquisition Holdings, et al,
    Party 2:   Attorney LaClair, Jordan William

04/24/2024
Electronic Notice Sent
    Party:   Defendant Corelle Brands Acquisition Holdings, et al,
    Party 2:   Attorney Mason, Alec

04/24/2024
Electronic Notice Sent
    Party:   Defendant Corelle Brands Acquisition Holdings, et al,
    Party 2:   Attorney Young, Timothy James

04/24/2024
Electronic Notice Sent
    Party:   Plaintiff Everett, Latonya
    Party 2:   Attorney Cesarone, Frank Vincent

04/24/2024
Electronic Notice Sent
    Party:   Plaintiff Everett, Latonya
    Party 2:   Attorney Cesarone, Frank Vincent

04/24/2024
Electronic Notice Sent
    Party:   Plaintiff Everett, Latonya
    Party 2:   Attorney Flowers, Peter John

04/23/2024
Affidavit Filed
    *Amended Suggestion of Bankruptcy*
    Party:   Defendant Corelle Brands Acquisition Holdings, et al,
    *Amended Suggestion of Bankruptcy*

04/23/2024
Notice Of Filing Filed
    *Notice of Filing*
    Party:   Defendant Corelle Brands Acquisition Holdings, et al,
    *Notice of Filing*

04/12/2024
Appearance Filed - Fee Paid - (Jury Demand)
    *Appearance and Jury Demand of All Defendants*
    Party:   Defendant Corelle Brands Acquisition Holdings, et al,
    Party 2:   Attorney Young, Timothy James
    *Appearance and Jury Demand of All Defendants*

04/12/2024
Affidavit Filed
    *Suggestion of Bankruptcy*
    Party:   Defendant Corelle Brands Acquisition Holdings, et al,
    Party 2:   Attorney Young, Timothy James
    *Suggestion of Bankruptcy*

04/12/2024
Notice Filed
    *Notice of Filing*
    Party:   Defendant Corelle Brands Acquisition Holdings, et al,
    Party 2:   Attorney Young, Timothy James
    *Notice of Filing*

04/04/2024
Certificate Filed

District 1

## Case Summary

**Case No. 2024L003363**

*Certificate of Service by Private Process Server - Service of complaint and summons on defendant, Midea America*
Party:  Plaintiff Everett, Latonya
*Certificate of Service by Private Process Server - Service of complaint and summons on defendant, Midea America*

04/04/2024
Certificate Filed
*Certificate of Service by Private Process Server - Service of complaint and summons on defendant, Corelle Brands*
Party:  Plaintiff Everett, Latonya
*Certificate of Service by Private Process Server - Service of complaint and summons on defendant, Corelle Brands*

03/28/2024   New Case Filing

03/28/2024
Personal Injury (Product Liability) Complaint Filed (Jury Demand)
*Plaintiff's Complaint at Law and Jury Demand*
Party:  Plaintiff Everett, Latonya
Party 2:  Attorney Cesarone, Frank Vincent
*Plaintiff's Complaint at Law and Jury Demand*

03/28/2024
Exhibits Filed
*Civil Action Cover Sheet*
Party:  Plaintiff Everett, Latonya
Party 2:  Attorney Cesarone, Frank Vincent
*Civil Action Cover Sheet*

03/28/2024
Summons Issued And Returnable
*Summons to Midea America Corporation*
Party:  Plaintiff Everett, Latonya
Party 2:  Attorney Cesarone, Frank Vincent
*Summons to Midea America Corporation*

03/28/2024
Summons Issued And Returnable
*Summons to Corelle Brands Acquisition Holdings, et al.*
Party:  Plaintiff Everett, Latonya
Party 2:  Attorney Cesarone, Frank Vincent
*Summons to Corelle Brands Acquisition Holdings, et al.*

Printed on 03/26/2026 at 8:14 AM